DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re Smith<br><br>Case below:<br>158 N.C. App. 743 | No. 386P03 | Respondent's (Roy Bartley Smith) PDR Pursuant to N.C.G.S. § 7A-31 (COA02-1689) | Denied |
| In re Stratton<br><br>Case below:<br>159 N.C. App. 461 | No. 490P03 | 1. Respondent's (Jack Stratton ) NOA Based Upon a Constitutional Question (COA02-745)<br><br>2. Respondent's (Jack Stratton) PDR Under N.C.G.S. § 7A-31<br><br>3. Petitioner's (DSS) Motion to Dismiss Appeal | 1. ——<br><br><br>2. Denied<br><br>3. Allowed |
| In re Testamentary Tr. of Charnock<br><br>Case below:<br>158 N.C. App. 35 | No. 326A03 | 1. Petitioner's NOA Based upon a Dissent<br><br>2. Petitioner's PWC as to Additional Issues (COA02-820) | 1. ——<br><br>2. Denied |
| In re Will of Smith<br><br>Case below:<br>158 N.C. App. 722 | No. 397P03 | Propounder's (Carrie A. Allison) PDR Under N.C.G.S. § 7A-31 (COA02-1323) | Denied |
| Jeffrey R. Kennedy, D.D.S., P.A. v. Kennedy<br><br>Case below:<br>160 N.C. App. 1 | No. 500A03 | Def's Motion for Temporary Stay (COA02-1198) | Denied<br>**09/11/03**<br><br>**Orr, J.<br>recused** |
| Lee v. Fantasy Lake, Inc.<br><br>Case below:<br>159 N.C. App. 466 | No. 450P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-966) | Denied |
| Monin v. Peerless Ins. Co.<br><br>Case below:<br>159 N.C. App. 334 | No. 503P03 | Plt's PDR Pursuant to N.C.G.S. § 7A-31 (COA02-1105) | Denied |
| Palmer v. Jackson<br><br>Case below:<br>157 N.C. App. 625 | No. 336PA03 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-1) | Allowed |